In the Matter of JOHN L. ARMSTRONG, as Executor of JOHN ARMSTRONG, Deceased, Appellant, against CORPORATION COUNSEL OF THE CITY OF NEW YORK, Respondent.

(Submitted January 20, 1936; decided January 28, 1936.)

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for motion.

*Frederick W. Hottenroth* opposed.

Motion denied, with ten dollars costs.